In the Matter of Acquiring Title to BEACH 9TH STREET (Jarvis Lane) from Cornaga Avenue to the Northerly Line of Public Beach, etc., in the Borough of Queens, City of New York. THE NATIONAL BANK OF FAR ROCKAWAY, Appellant; MAX MONFRIED and CHARLES WARNER, Copartners Doing Business as MONFRIED & WARNER, Respondents.— Order confirming the report of the official referee, determining the respective interests of several parties to the balance of two awards in a street-opening proceeding, unanimously affirmed, in so far as an appeal is

taken therefrom, with costs to the respondents against the appellant. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ.